JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH VANOVER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>  Plaintiff,<br><br>  vs.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC.,<br><br>  Defendant. | CASE NO: CV 14-5954-GW(MANx)<br><br>**ORDER GRANTING STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

The Court has reviewed the Stipulation of Plaintiff JOSEPH VANOVER and Defendant PROGRESSIVE FINANCIAL SERVICES, INC to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

1  / / /

2  That the above-entitled lawsuit is hereby dismissed, with prejudice,
3  pursuant to FRCP 41(a)(1)(A)(ii).  Each Party shall bear its own costs and
4
5  expenses.

6  **IT IS SO ORDERED**

8  DATED: August 24, 2015   _____
9                            GEORGE H. WU, U.S. DISTRICT JUDGE